No. 1098. LOCOMOTIVE STOKER COMPANY *v.* ELVIN MECHANICAL STOKER COMPANY. June 11, 1923. Petition for a writ of certiorari to the Circuit Court of Ap-

peals for the Third Circuit denied. *Mr. Frederic D. McKenney, Mr. Louis K. Gillson* and *Mr. Paul Synnestvedt* for petitioner. *Mr. J. Snowden Bell, Mr. Drury W. Cooper* and *Mr. Frederick P. Whittaker* for respondent.